IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 05-CR-56 (WDO) |
| | VIOLATION(S): Drug Related |
| **ALLEN DUANE TAYLOR,** | |
| Defendant | |

## ORDER DENYING MOTION FOR BOND REDUCTION

Defendant **ALLEN DUANE TAYLOR** has moved the court to reconsider the amount of bond heretofore imposed upon him by the undersigned, to-wit: $20,000.00 fully secured. He has filed an **UNOPPOSED MOTION FOR BOND REDUCTION.** Tab #151.

Upon careful consideration of defendant's request and a review of the PRETRIAL SERVICES REPORT furnished by the U. S. Probation Office, I find that the bond heretofore set for defendant TAYLOR is appropriate and decline to alter the conditions imposed upon him on July 1, 2005. Accordingly, his motion is **DENIED**.

SO ORDERED AND DIRECTED, this 29th day of JULY, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE