# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

UNITED STATES OF AMERICA

VS.

**ALLEN DUANE TAYLOR,**

Defendant

**NO.  5: 05-CR-56 (HL)**

RE: VIOLATION OF SUPERVISED RELEASE

## ORDER ON PRELIMINARY EXAMINATION AND FOR DETENTION

**SUPERVISED RELEASEE ALLEN DUANE TAYLOR** this day appeared before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, for a **PRELIMINARY EXAMINATION** under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. He was represented by Mr. Larry K. Moore of the Macon Bar;  the United States was represented by Assistant United States Attorney Charles L. Calhoun.

Upon consideration of the testimony of Special Agent Del Cole of the Georgia Bureau of Investigation, the undersigned finds that <u>PROBABLE</u> <u>CAUSE</u> exists that the allegation set forth as Violation No. 1 in the AMENDED PETITION FOR ACTION ON SUPERVISED RELEASE filed on September 11, 2008, has been committed as set forth in said petition;  the **SUPERVISED RELEASEE** has stipulated that probable cause exists as to Violation No. 2 of said Amended Petition.  Thus, the undersigned further finds that probable cause exists that **ALLEN DUANE TAYLOR** did violate conditions of supervised release as charged in the Amended Petition.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. **SUPERVISED RELEASEE** Taylor has a history of drug dependency.   In addition, the distribution of methamphetamine alleged in Violation No. 1 occurred less than five months after he commenced supervised release. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal until further order of the court.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said **SUPERVISED RELEASEE** shall appear before the Honorable Hugh Lawson district judge, for a FINAL HEARING as directed by Judge Lawson. The Clerk of Court is directed to forward this order and the within file to Judge Lawson for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 19th day of SEPTEMBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE